UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| SHELBY ANNE WARE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CV-121 |
| | ) | (VARLAN/SHIRLEY) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the defendant Commissioner's motion for summary judgment [Doc. 17] is **DENIED**, and plaintiff's motion for summary judgment [Doc. 11] is **GRANTED** only to the extent that this case is **REMANDED** to the Commission pursuant to sentence four of 42 U.S.C. § 405(g) for a new hearing consistent with the accompanying memorandum opinion and this order.

IT IS SO ORDERED.

                                                                                  s/ Thomas A. Varlan
                                                                                   UNITED STATES DISTRICT JUDGE